UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BONITA D. CURRIE

        PLAINTIFF,                CASE NO.    06-12074

V.                                HONORABLE ARTHUR J. TARNOW
                                UNITED STATES DISTRICT JUDGE

JO ANNE B. BARNHART.
COMMISSIONER OF SOCIAL SECURITY,    MAGISTRATE JUDGE
                                MONA K MAJZOUB

        DEFENDANT.
                      /

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION [D/E # 18]

The Court having reviewed the Magistrate Judge's Report and Recommendation filed April 17, 2007, as well as the administrative record, and having received no objections from either side,

**IT IS HEREBY ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

As a result, Defendant's unopposed Motion for Summary Judgment [D/E # 15] is **GRANTED**, and the case is **DISMISSED**.


                                S/ARTHUR J. TARNOW
                                Arthur J. Tarnow
                                United States District Judge

Dated:  June 18, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 18, 2007, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager